UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DENISE J. MCMAHON,

        Plaintiff,

v.

HEWLETT-PACKARD COMPANY,

        Defendant.

Case No. C05-5357RJB

ORDER GRANTING MOTION
TO WITHDRAW

    This matter comes before the court on the plaintiff's Motion to Withdraw (Dkt. 11). The court has reviewed the motion, the response, and the file herein.

### I. FACTS AND DISCUSSION

    Larry James King and Frederick Henry Gautschi, III, attorneys for the plaintiff, contend that they have been unable to contact the plaintiff despite having left numerous messages at her residence and with her family members and friends. Dkt. 11 at 1. They further contend that the plaintiff has not contacted her attorneys for approximately two weeks despite being in receipt of their messages. *Id.*

    Local Rule GR 2 requires that an attorney obtain leave of the court to withdraw after serving notice on the client and opposing counsel. Local Rule GR 2(f)(4). The rule further provides that the court will ordinarily permit counsel to withdraw up until sixty days before the discovery cutoff. *Id.* In this case, the discovery cutoff date is January 17, 2006. Dkt. 10.

    The defendant does not contest the motion. Dkt. 12. Counsel for the plaintiff sent a copy of the motion to the plaintiff's last known address and has apparently received no response. Dkt. 11 at 2. While the discovery deadline is less than 60 days away, the court should grant the motion to withdraw as counsel

ORDER
Page - 1

for the plaintiff cannot provide adequate legal services for a client with whom they are unable to make contact and communicate about the case.

## II. ORDER

Therefore, it is now

**ORDERED** that the plaintiff's Motion to Withdraw (Dkt. 11) is **GRANTED**. Plaintiff, whose last known address is 300 SW 7th Ave. #106, Battle Ground, WA 98604, will be a *pro se* party unless and until other counsel appears for her.

The Clerk of the Court is instructed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 6th day of December, 2005.

*Robert J. Bryan*
Robert J. Bryan
United States District Judge